

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00362-CV

Michael **NATHANIEL**,
Appellant

v.

**FOSTER MEADOW HOMEOWNERS ASSOCIATION**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI10916
Honorable Rosie Alvarado, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.  Costs of the appeal are taxed against appellant.

SIGNED August 14, 2019.

_____
Rebeca C. Martinez, Justice